FILED 25 OCT '17 10:34 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:17-CR- 00400-HZ |
|---|---|
| v. | **INDICTMENT** |
| **JASON PAUL SCHAEFER,** | 18 U.S.C. § 111(a) and (b) |
| **Defendant.** | 18 U.S.C. § 844(h) |

**Forfeiture Allegation**
**18 U.S.C. § 844(c)**

### THE GRAND JURY CHARGES:

### COUNT 1
### (Assault on a Federal Officer)
### (18 U.S.C. § 111(a) and (b))

On or about October 11, 2017, in the District of Oregon, defendant **JASON PAUL**

**SCHAEFER** did forcibly assault J.C., a person designated as a federal officer under 18 U.S.C.

§ 1114, while J.C. was engaged in and on account of his official duties, by (a) intentionally

causing J.C. to be stricken, (b) willfully attempting to inflict injury on J.C., and (c) making a

threat coupled with an apparent ability to inflict injury on J.C. which caused J.C. a reasonable

apprehension of immediate bodily harm; and in the commission of the assault defendant used a

deadly and dangerous weapon and inflicted bodily injury on J.C.;

In violation of Title 18, United States Code, Section 111(a) and (b).

### COUNT 2
### (Assault on a Federal Officer)
### (18 U.S.C. § 111(a) and (b))

On or about October 11, 2017, in the District of Oregon, defendant **JASON PAUL**

**SCHAEFER** did forcibly assault D.D., a person designated as a federal officer under 18 U.S.C.

§ 1114, while D.D. was engaged in and on account of his official duties, by (a) willfully

attempting to inflict injury on D.D., and (b) making a threat coupled with an apparent ability to

inflict injury on D.D. which caused D.D. a reasonable apprehension of immediate bodily harm;

and in the commission of the assault defendant used a deadly and dangerous weapon;

In violation of Title 18, United States Code, Section 111(a) and (b).

### COUNT 3
### (Using an Explosive to Commit a Federal Felony)
### (18 U.S.C. § 844(h))

On or about October 11, 2017, in the District of Oregon, defendant **JASON PAUL**

**SCHAEFER** did knowingly use an explosive to commit the felony offenses alleged in Counts 1

and 2 of this Indictment;

In violation of Title 18, United States Code, Section 844(h).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 3 of this Indictment, defendant **JASON**

**PAUL SCHAEFER** shall forfeit to the United States pursuant to 18 U.S.C. § 844(c), any

explosive materials involved or used or intended to be used in the commission of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of

the defendant:

/ / /

**Indictment**                                                                                                    **Page 2**

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without
     difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C.

§ 982(b), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property described above.

Dated this _24th_ day of October 2017.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney

**Indictment**                                                                                          **Page 3**