Todd Bofferding, OSB #883720
Attorney at Law
P.O. Box 539
Hood River, Oregon 97031
541.490.9012
tbofferding@gorge.net

CJA Counsel for Defendant Jason Paul Schaefer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:17-CR-00400-HZ |
| | ) | |
| vs. | ) | DEFENDANT'S MOTION |
| | ) | FOR WITNESS SUBPOENAS |
| JASON PAUL SCHAEFER, | ) | AND WITNESS FEES AT |
| | ) | GOVERNMENT'S EXPENSE |
| Defendant. | ) | |

COMES NOW Defendant Jason Paul Schaefer, and hereby moves this Court for an Order granting Defendant's Motion for Witness Subpoenas and Witness Fees at Government's Expense. This Motion is made pursuant to F.R.Cr.P. 17(a) and (b).

Defendant has an inability to pay the witness fees, and the witnesses' presence at the trial dates beginning January 14, 2019 is necessary for Defendant to obtain an

/

/

/

1 - DEFENDANT'S MOTION FOR WITNESS SUBPOENAS AND WITNESS FEES AT GOVERNMENT EXPENSE

adequate defense.

      RESPECTFULLY SUBMITTED this 27th day of October, 2018.

      */s/ Todd Bofferding*
      Todd Bofferding, OSB #88372
      Attorney for Defendant Schaefer