Lisa J. Ludwig, OSB #953387
Attorney at Law
333 SW Taylor St., Suite 300
Portland, Oregon 97204
Tel: (503) 223-5570
Lisa@L2R2Law.com

Of Attorneys for Defendant Jason Paul Schaefer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 3:17-CR-00400-HZ |
| Plaintiff, | ) |
| | ) DECLARATION OF COUNSEL IN |
| vs. | ) SUPPORT OF MOTION TO |
| | ) WITHDRAW AS |
| JASON PAUL SCHAEFER, | ) ATTORNEYS FOR DEFENDANT |
| | ) |
| Defendant. | ) |
| | ) |

I, Lisa J. Ludwig, declare the following to be true to the best of my knowledge:

1. On July 30th, 2018, I was appointed associate counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A for Mr. Schaefer's case. Mr. Todd Bofferding was appointed lead counsel. On November 20th, 2018, at the client's request Mr. Bofferding was removed as lead counsel and I was elevated to lead counsel;

2. On November 20, 2018, Tiffany Harris was appointed at co-counsel to help prepare for trial set with Judge Hernandez on January 14, 2019;

3. On December 13, 2019 the Court found reasonable cause to believe Mr. Schaefer may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense. He was

committed to the custody of the Attorney General for placement in a suitable facility so that he may be examined for a reasonable period not to exceed thirty days. After the evaluation is completed and if he is found competent, we expect to set new dates for trial if he is found competent;

4. On December 20, 2018 my office received a letter from Mr. Schaefer instructing me to file this motion to withdraw, stating "you are all fired" and instructing us not to try to meet with him;

5. I am filing this motion at Mr. Schaefer's request because he has stated his wish to discharge all current counsel;

6. I declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury.

RESPECTFULLY SUBMITTED this 20th day of December 2018.

/s/ Lisa J. Ludwig
Lisa J. Ludwig, OSB #953387
Of Attorneys for Defendant Jason Paul Schaefer