BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**BENJAMIN TOLKOFF, NYSB #4294443**
Assistant United States Attorney
Benjamin.Tolkoff@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:17-cr-00400-HZ** |
| **v.** | **MOTION FOR LEAVE TO FILE MATTER UNDER SEAL** |
| **JASON PAUL SCHAEFER,** | |
| **Defendant.** | |

The United States of America, by Billy J. Williams, United States Attorney for the

District of Oregon, and through Assistant United States Attorney Benjamin Tolkoff, hereby

moves the Court for leave to submit a motion under seal.

The government has learned that there has been a violation of a discovery protective

order in this matter and must submit the matter for the Court's review. The submission will

**Mot. for Leave to File Under Seal**           **Page 1**

necessarily identify matters protected by orders of this Court and therefore cannot be published

in the open record of this case.

Dated: February 16, 2019                              Respectfully submitted,


                                                     BILLY J. WILLIAMS
                                                     United States Attorney


                                                     */s/ Ben Tolkoff*
                                                     _____
                                                     BENJAMIN TOLKOFF, NYSB #4294443
                                                     Assistant United States Attorney