United States Court
District of Oregon
Portland

| | |
|---|---|
| United States of America, Plaintiff, | Case No. 3:17-CR-00400-HZ |
| -v- | |
| Jason Paul Schaefer, Defendant | Motion to Compel Discovery |

The Defendant moves these Courts for the production of the following evidence necessary to the preparation of the Defense:

1. Any camera footage obtained from businesses near the scene of the October 11th, 2017 traffic stop, i.e., Seven Eleven.

2. A statement of all people interviewed by Law Enforcement in relation to the traffic stop, and a summarization of that interview.

3. The full, un-redacted and un-edited video made by Civilian Eli Fowler.

Respectfully Submitted this
April 9th, 2019

Jason Schaefer