# United States Court
## District of Oregon
### Portland

| | |
|---|---|
| United States of America, Plaintiff, | Case No. 3:17-CR-00400-HZ |
| -v- Jason Paul Schaefer, Defendant. | Motion For "Daubert Hearing" |

Comes Now, Jason Schaefer, Defendant Pro-Se, moving these Courts for a hearing pursuant to "Daubert", to test the veracity of the Scientific evidence collected by the Government, including Samples of Allegedly explosive materials. Evidence provided in Discovery indicates that this evidence lacks substance and would prove prejudicial to the Defendant. It appears this evidence has also been destroyed by the government.

This motion is based on the included attachments and the affidavit of Jason Schaefer.

Respectfully submitted to the Courts this April 10th, 2019.

Jason Schaefer