United States Court
District of Oregon
Portland

| United States of America, Plaintiff, | Case No. 3:17-CR-00400-HZ |
|---|---|
| -v- Jason Paul Schaefer, Defendant. | Affidavit of Jason Paul Schaefer in Support of "Daubert Hearing" |

Comes Now, Defendant Jason Schaefer;

I, Jason Paul Schaefer, do hereby depose and declare the following to be true and correct, upon penalty of perjury:

I am a self-taught and avid amateur chemist. In recent months, I have spent a significant amount of time reviewing "Explosives Chemistry". I am also the owner of an "Thermo Electron Gas Chromatograph and Mass Spectrometer", made by the reputed Scienceware company "Fischer".

As such, I am familiar with analytical techniques of substances and organic chemistry. I am therefore familiar with many of the testing techniques used by the Government in this case, on seized samples.

Based on results provided by the government, I believe my lack of formal training in fact substantiates the need for a "Daubert Hearing" to test the veracity of the government's scientific evidence, as it is readily apparent to me that evidence collected by the government lacks substance.

I believe that even a layman can view the results of the tests performed and discern their disparity. The tests are obviously inconclusive and do not provide an accurate representation of tests conducted of the substances the government intends to portray them as. The samples may even be contaminated, so wildly varying are the test results.

Furthermore, it appears that the government has destroyed every single sample, leaving the defense without the ability to test these samples intended to be offered at trial. This creates a totally prejudicial, one-sided scenario. Conjunctively important, samples of "T.A.T.P." can be made non-explosive and permanently stable with the simple addition of tap water.

Certified to be true and correct, upon penalty of perjury, 4/10/19

Jason Schaefer