**Matthew J. Kalmanson,** OSB No. 041280
E-mail:  mjk@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, OR 97205
Telephone:  (503) 222-4499
Facsimile:  (503) 222-2301

<u>Of Attorneys for Lisa J. Ludwig and
Tiffany A. Harris</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON PAUL SCHAEFER,<br><br>Defendant. | No. 3:17-cr-00400-HZ<br><br>NOTICE OF LIMITED APPEARANCE |

Matthew J. Kalmanson and Hart Wagner LLP enter an appearance as counsel of record on behalf of Lisa J. Ludwig and Tiffany A. Harris, for the limited purpose of filing and arguing their motion to withdraw as stand-by counsel for Defendant Jason Paul Schaefer.

Respectfully submitted this 10th day of April, 2019.

HART WAGNER LLP

By:  */s/ Matthew J. Kalmanson*
Matthew J. Kalmanson, OSB No. 041280
Of Attorneys for Lisa Ludwig and Tiffany Harris

Page 1 –   NOTICE OF LIMITED APPEARANCE

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2019, I served the foregoing **NOTICE OF LIMITED APPEARANCE** on the following parties at the following addresses:

    Lisa J. Ludwig
    Ludwig Runstein LLC
    333 SW Taylor Street, Suite 300
    Portland, OR 97204

    Tiffany A. Harris
    Tiffany A. Harris, Attorney at Law
    333 SW Taylor Street, Suite 300
    Portland, OR 97204

    Benjamin Tolkoff
    Natalie K. Wight
    William M. Narus
    US Attorney's Office
    1000 SW Third Avenue, Suite 600
    Portland, OR 97204

by electronic means through the Court's Case Management/Electronic Case File system.

I further certify that on the 10th day of April, 2019, I served the foregoing **NOTICE OF LIMITED APPEARANCE** on the following party at the following address:

    Jason Schaefer
    SWIS # 806826
    c/o MCDC
    1120 SW Third Avenue
    Portland, Oregon  97294

by mailing to him a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

                                                       */s/ Matthew J. Kalmanson*
                                                       Matthew J. Kalmanson, OSB No. 041280