**Matthew J. Kalmanson,** OSB No. 041280
E-mail:  mjk@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, OR 97205
Telephone:  (503) 222-4499
Facsimile:  (503) 222-2301

<u>Of Attorneys for Lisa J. Ludwig and
Tiffany A. Harris</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON PAUL SCHAEFER, <br><br> Defendant. | No. 3:17-cr-00400-HZ <br><br> LISA J. LUDWIG'S MOTION TO WITHDRAW AS STAND-BY COUNSEL FOR DEFENDANT |

Lisa J. Ludwig, stand-by counsel for Defendant, moves this Court for an order withdrawing her as stand-by attorney of record for Defendant in this matter.  The reasons for withdrawal are set forth in the Declaration of Lisa J. Ludwig, filed concurrently with this Motion, and can be explained in more detail *ex parte* and *in camera* if the Court requires additional information.

Respectfully submitted this 10th day of April, 2019.

HART WAGNER LLP

By:  */s/ Matthew J. Kalmanson*
Matthew J. Kalmanson, OSB No. 041280
Of Attorneys for Lisa Ludwig and Tiffany Harris

Page 1 –   LISA J. LUDWIG'S MOTION TO WITHDRAW AS STAND-BY COUNSEL FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2019, I served the foregoing **LISA J. LUDWIG'S MOTION TO WITHDRAW AS STAND-BY COUNSEL FOR DEFENDANT** on the following parties at the following addresses:

| | |
|---|---|
| Lisa J. Ludwig | Benjamin Tolkoff |
| Ludwig Runstein LLC | Natalie K. Wight |
| 333 SW Taylor Street, Suite 300 | William M. Narus |
| Portland, OR 97204 | US Attorney's Office |
| | 1000 SW Third Avenue, Suite 600 |
| | Portland, OR 97204 |

Tiffany A. Harris
Tiffany A. Harris, Attorney at Law
333 SW Taylor Street, Suite 300
Portland, OR 97204

by electronic means through the Court's Case Management/Electronic Case File system.

I further certify that on the 10th day of April, 2019, I served the foregoing **LISA J. LUDWIG'S MOTION TO WITHDRAW AS STAND-BY COUNSEL FOR DEFENDANT** on the following party at the following address:

Jason Schaefer
SWIS # 806826
c/o MCDC
1120 SW Third Avenue
Portland, Oregon  97294

by mailing to him a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

                                            /s/ Matthew J. Kalmanson
                                            Matthew J. Kalmanson, OSB No. 041280