United States Court
District of Oregon

| | |
|---|---|
| United States of America, Plaintiff, | Case No. 3:17-CR-00400-HZ |
| -v- | |
| Jason Paul Schaefer, Defendant, | Motion to Compel Discovery |

Comes Now, Defendant Pro-Se Jason Paul Schaefer, seeking the following items necessary to the preparation of the Defense:

1. Grand Jury Testimony of Daniel Dramond and Jeremy Chedester in Washington County Circuit Court, Grand Jury notes, the number of Grand Jurors present, and the number who voted to Indict.

2. The same information as described above, except for the Federal Grand Jury in the District of Oregon, any testimony and notes.

Respectfully Submitted this April 11th, 2019.

Jason Schaefer