UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-cr-00400-HZ |
| v. | THIRD SUPERSEDING INDICTMENT |
| JASON PAUL SCHAEFER, | 18 U.S.C. § 111(a) and (b) |
| | 18 U.S.C. § 842(a)(3)A) and (i)(1) |
| Defendant. | 18 U.S.C. § 844(a), (h)(1) and (2) |
| | 18 U.S.C. § 924(c)(1)(B)(ii) |
| | 26 U.S.C. §§ 5841, 5861(d), 5871 |

Forfeiture Allegations

THE GRAND JURY CHARGES:

### COUNT 1
(Assault on a Federal Officer)
(18 U.S.C. § 111(a) and (b))

On or about October 11, 2017, in the District of Oregon, defendant **JASON PAUL SCHAEFER** did forcibly assault J.C., a person designated as a federal officer under 18 U.S.C. § 1114, while J.C. was engaged in and on account of his official duties, by (a) intentionally causing J.C. to be stricken, (b) willfully attempting to inflict injury on J.C., and (c) making a threat coupled with an apparent ability to inflict injury on J.C. which caused J.C. a reasonable apprehension of immediate bodily harm; with such assault involving physical contact with J.C.; and in the commission of the assault defendant used a deadly and dangerous weapon and inflicted bodily injury on J.C.;

In violation of Title 18, United States Code, Section 111(a) and (b).

## COUNT 2
### (Assault on a Federal Officer)
### (18 U.S.C. § 111(a) and (b))

On or about October 11, 2017, in the District of Oregon, defendant **JASON PAUL SCHAEFER** did forcibly assault D.D., a person designated as a federal officer under 18 U.S.C. § 1114, while D.D. was engaged in and on account of his official duties, by (a) willfully attempting to inflict injury on D.D., and (b) making a threat coupled with an apparent ability to inflict injury on D.D. which caused D.D. a reasonable apprehension of immediate bodily harm; and in the commission of the assault defendant used a deadly and dangerous weapon;

In violation of Title 18, United States Code, Section 111(a) and (b).

## COUNT 3
### (Carrying and Using a Destructive Device During and in Relation to a Crime of Violence)
### (18 U.S.C. § 924(c)(1)(B)(ii))

On or about October 11, 2017, in the District of Oregon, defendant **JASON PAUL SCHAEFER** did knowingly carry and use a destructive device, that is, an explosive bomb, during and in relation to crimes of violence for which he may be prosecuted in a court of the United States, specifically assault on federal officers as alleged in Counts 1 and 2 of this Third Superseding Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

## COUNT 4
### (Using an Explosive to Commit a Federal Felony)
### (18 U.S.C. § 844(h)(1))

On or about October 11, 2017, in the District of Oregon, defendant **JASON PAUL SCHAEFER** did knowingly use an explosive, in his hand, to commit the offenses alleged in

//

Counts 1 and 2 of this Third Superseding Indictment, which are felonies that may be prosecuted in a court of the United States;

In violation of Title 18, United States Code, Section 844(h)(1).

### COUNT 5
### (Carrying an Explosive During the Commission of a Federal Felony)
### (18 U.S.C. § 844(h)(2))

On or about October 11, 2017, in the District of Oregon, defendant **JASON PAUL SCHAEFER** did knowingly carry an explosive, in the passenger area of his vehicle, during the commission of the offenses alleged in Counts 1 and 2 of this Third Superseding Indictment, which are felonies that may be prosecuted in a court of the United States;

In violation of Title 18, United States Code, Section 844(h)(2).

### COUNT 6
### (Unlawful Transport of Explosive Materials)
### (18 U.S.C. §§ 842(a)(3)(A) and 844(a))

On or about October 11, 2017, in the District of Oregon, defendant **JASON PAUL SCHAEFER**, not being a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code, did knowingly transport in his vehicle explosive materials, specifically, triacetone triperoxide (TATP);

In violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

### COUNT 7
### (Possession of an Unregistered Destructive Device)
### (26 U.S.C. §§ 5841, 5861(d), 5871)

On or about October 11, 2017, within the District of Oregon, defendant **JASON PAUL SCHAEFER** knowingly possessed a firearm, namely, a destructive device, that is, an explosive bomb, which was not registered to him in the National Firearms Registration and Transfer Record; and defendant knew the destructive device was an explosive bomb;

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

### COUNT 8
### (Felon in Possession of Explosives)
### (18 U.S.C. §§ 842(i)(1) and 844(a))

From about July 30, 2017, through about October 11, 2017, in the District of Oregon, defendant **JASON PAUL SCHAEFER**, who had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

Attempted Assault in the Second Degree in Erie County, New York, on or about

July 23, 2012, in Case Number 01838-2011;

did knowingly receive and possess explosives, namely, igniters, that is approximately 100 electric matches, which had been shipped and transported in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 842(i)(1) and 844(a).

### FIRST FORFEITURE ALLEGATION

Upon conviction of Count 3 of this Third Superseding Indictment, defendant **JASON PAUL SCHAEFER** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, all firearms, including destructive devices, and ammunition involved in or used in the commission of the offense.

### SECOND FORFEITURE ALLEGATION

Upon conviction of any of the offenses alleged in Counts 4 through 6 and 8 of this Third Superseding Indictment, defendant **JASON PAUL SCHAEFER** shall forfeit to the United States pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461, any explosive materials involved or used or intended to be used in the commission of the offense.

## THIRD FORFEITURE ALLEGATION

Upon conviction of Count 7 of this Third Superseding Indictment, defendant **JASON PAUL SCHAEFER** shall forfeit to the United States pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461, any firearm, including destructive devices, involved in the offense.

Dated this  18  day of April 2019.          A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

NATALIE WIGHT, OSB #035576
Assistant United States Attorney

WILLIAM M. NARUS, CASB #243633
Assistant United States Attorney