# United States Court
## District of Oregon

| United States of America, Plaintiff, | Case No. 3:17-CR-00400-HZ |
|---|---|
| -v- Jason Paul Schaefer, Defendant. | Affidavit of Jason Schaefer in Support of Motion in Limine |

I, Jason Paul Schaefer, do hereby declare the following to be true and correct under penalty of perjury;

I did not know what was going on when I was in the Washington County Jail or remember anything. I was scrambling to get my bearings and in extreme pain and under the influence of drugs. I trusted police officers to "fill me in" and believed they would imminently let me go. When told by police I had assaulted an officer, I was immediately concerned for the officer's health.

I remember, today, being in Sheridan Jail in December of 2017, when I talked to my Public Defender, and he said "Now they're admitting that you thought you had been shot", and then going and telling Ryan Bonnean and telling him I forgot about that. Ryan Bonnean looked at me and said, "What

do you mean, you thought you'd been shot?" Like, "what do you mean, you forgot"

Dated 4/26/19

Jason Schaefer