Tiffany A. Harris   OSB 02318
Attorney at Law
333 SW Taylor St., Suite, Ste 300
Portland, Oregon 97204
t. 503.782.4788   f. 503.217.5510
tiff@harrisdefense.com

Stand-by counsel for Jason Schaefer

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CYRUS SULLIVAN,<br><br>　　　　　　Defendant. | 3:17-CR-00400-HZ<br><br>MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL |

    Defendant Jason Schaefer respectfully moves the Court for an order allowing him to file under seal the exhibit supporting his Motion in Limine regarding jail calls (docket no. 222). The exhibit consists of medical records, containing confidential health information that is ordinary shielded from public inspection.  Therefore, Mr. Schaefer respectfully requests that the Court exercise its discretion to allow him to present this information under seal.

                Respectfully submitted on April 26, 2019

                /S/　　Jason Schaefer
                Pro se