Lisa Ludwig
Ludwig Runstein
333 SW Taylor St., Suite 300
Portland, OR  97204
(503) 223-5570
Lisa@l2r2law.com

Tiffany Harris
Attorney at Law
333 SW Taylor St., Suite 300
Portland, OR  97204
(503) 782-4788
tiff@harrisdefense.com

Stand-by counsel for Jason Schaefer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. 3:17-cr-00400-HZ |
|---|---|
| Plaintiff, | DEFENDANT'S **AMENDED** TRIAL EXHIBIT LIST |
| vs. | |
| JASON PAUL SCHAEFER, | |
| Defendant. | |

Defendant Jason Schaefer submits the following amended list of exhibits he may seek to admit during trial.  The defendant reserves the right to offer additional exhibits as may become necessary.

| Exhibit No. | Exhibit List: |
|---|---|
| 500 | Application for search warrant by Wade Mutchler, dated October 10, 2017, search warrant, related documents. JPS000003-48 |

1

| 501 | Application for search warrant by Wade Mutchler, dated October 18, 2017, search warrant, related documents. JPS000049-78 |
|---|---|
| 502 | Application for search warrant by Wade Mutchler, dated October 17, 2017, search warrant, related documents. JPS000079-111 |
| 503 | Application for search warrant by Wade Mutchler, dated October 13, 2017, search warrant, related documents. JPS000112-144 |
| 504 | Washington County Sheriff's interview of Det. Daniel Diamond. JPS001816-1831 |
| 505 | Arrest warrant, Washington County Circuit Court. JPS004315 |
| 506 | Wikipedia entry regarding Diisopropyl ether |
| 507 | Washington County Sheriff's interview of Jeremy Chedester. JPS001798-1815 |
| 508 | Portland Police report, dated October 11, 2017. JPS002314-2316 |
| 509 | Record of Conviction, Erie County, NY. JPS004326 |
| 510 | Washington County probation records. JPS002276-2291 |
| 511 | Counterterrorism Assessment, generated April 11, 2017. JPS004305 |
| 512 | FBI Import form, dated April 11, 2017. JPS004304 |
| 513 | Tualatin Valley Fire and Rescue report. JPS 004483-4485 |
| 514 | Washington County Sheriff's Use of Physical Control Report. JPS004378-79 |
| 515 | September 20, 2017 email from Jason Miller to Timothy Mokarry, et al. JPS001371-1373 |
| 516 | Pollution report. JPS002120-21. |
| 517 | September 25, 2017 email from Wade Mutchler to T. Stewart. JPS004407 |
| 518 | Kaiser Health records of Jeremy Chedester. JPS002367 |
| 519 | FBI electronic communication, dated September 21, 2017. JPS001362-66 |
| 520 | Washington County indictment. JPS004312-4314 |
| 521 | Photo of desk with papers. JPS000571 |
| 522 | Photo of desk with papers, chairs. JPS000571 |
| 523 | Photo of lamp, closet. JPS 000566 |
| 524 | Photo of lamp, closet, fan, buckets. JPS000565 |
| 525 | Photo of beakers, other equipment, container. JPS000480 |
| 526 | Photo of lab equipment, periodic table. JPS000479 |

| | |
|---|---|
| 527 | Photo of refrigerator in foreground, ceiling fan, living room. JPS 000387 |
| 528 | Photo of plastic containers, lab equipment, periodic table. JPS000388 |
| 529 | Photo: view of kitchen, couch. JPS000383 |
| 530 | Photo of back patio / deck. JPS000384 |
| 531 | Photo of open laptop computer. JPS000520 |
| 532 | Photo of papers in desk drawer. JPS000519 |
| 533 | Photo of electrical equipment, cords. JPS000460 |
| 534 | Photo of open spiral notebook. JPS000459 |
| 535 | Photo of bathroom. JPS000563 |
| 536 | Photo of fan, portable dresser. JPS000564 |
| 537 | Photo of Beakers, bowl. JPS000402 |
| 538 | Photo of Beakers, Chemsavers bottle. JPS000401 |
| 539 | Photo of plastic containers in parking lot. JPS000495 |
| 540 | Photo of plastic containers in parking lot. JPS000495 |
| 541 | Photo of items on coffee table. JPS000399 |
| 542 | Photo of lab equipment, miniature small refrigerator. JPS000400 |
| 543 | Photo of closet, lamp. JPS000390 |
| 544 | Photo of plastic buckets, work station. JPS000389 |
| 545 | Photo of interior of refrigerator. JPS000483 |
| 546 | Photo of interior of refrigerator. JPS000483 |
| 547 | Photo of vegetable glycerine bottle, hydrogen peroxide bottle. JPS 000507 |
| 548 | Photo of nitric acid bottle, other bottles. JPS000508 |
| 549 | Photo of interior of refrigerator. JPS000488 |
| 550 | Photo of interior of refrigerator. JPS000487 |
| 551 | Photo of chemical bottle in refrigerator. JPS000486 |
| 552 | Photo of chemical bottles in door of refrigerator. JPS000485 |
| 553 | Photo of back satchel on overpass. JPS000408 |
| 554 | Photo of white Honda, police cars in roadway. JPS000407 |

| | |
|---|---|
| 555 | Photo of Camel cigarette box. JPS 001135 |
| 556 | Photo of Camel cigarette box. JPS001136 |
| 557 | Photo of white vehicle, debris. JPS 001145 |
| 558 | Photo of car interior, cigarette boxes on seat. JPS1146 |
| 559 | Photo of car interior. JPS 002048 |
| 560 | Photo of car interior. JPS 002019 |
| 561 | Photo of car interior. JPS 002017 |
| 562 | Photo of large cardboard boxes, cigarette boxes. JPS002015 |
| 563 | Photo of large cardboard boxes. JPS002011 |
| 564 | Photo of interior of car, shattered glass, driver's license. JPS002000 |
| 565 | Photo of interior of car, shattered glass. JPS001996 |
| 566 | Photo of interior of car, shattered glass. JPS001963 |
| 567 | Photo of interior of car. JPS 001966 |
| 568 | Photo of interior of car, glass fragments. JPS001967 |
| 569 | Photo of interior of car door. JPS001970 |
| 570 | Photo of interior of car, glass fragments. JPS001974 |
| 571 | Photo of cigarette. JPS001977 |
| 572 | Photo of interior of car. JPS001978 |
| 573 | Photo of interior of car. JPS001982 |
| 574 | Photo of Postal Service packaging inside car. JPS001926 |
| 575 | Photo of Postal Service packaging inside car. JPS001925 |
| 576 | Photo of interior of car. JPS001924 |
| 577 | Photo of interior of car. JPS001923 |
| 578 | Photo of open spiral notebook. |
| 579 | Photo of supine person, sheriff's deputy in roadway. |
| 580 | Photo of bleeding person outside of white car window. |
| 581 | Photo of bleeding person outside of white car window |
| 582 | Photo of bleeding man with sheriff's deputy |
| 583 | Photo of bleeding, disfigured hand. |

| 584 | Photo: close up of bleeding, disfigured hand. |
|-----|-----------------------------------------------|
| 585 | Photo: black hand gun. JPS004769 |
| 586 | Photo: close up view, black hand gun. JPS00470 |
| 587 | Photo: black hand gun, alternate view. JPS004771 |
| 588 | Photo: black hand gun, close up view of serial number. JPS004772 |
| 589 | Photo: ammunition. JPS004773 |
| 590 | Photo: ammunition, close up view of single round. JPS004774 |
| 591 | Photo: ammunition. JPS004775 |
| 592 | Photo: handgun clip. JPS004776 |
| 593 | Photo: taser. JPS004778 |
| 594 | Medical records, 14 pages. |

Submitted this 1st day of May, 2019

                                          /s/ *Jason Schaefer*
                                          Jason Schaefer, Pro Se