BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**WILLIAM NARUS, CAB #243633**
William.Narus@usdoj.gov
**NATALIE WIGHT, OSB #035576**
Natalie.Wight@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:17-cr-00400-HZ |
| v. | **DECLARATION OF STEVEN COLLINS IN SUPPORT OF GOVERNMENT'S FURTHER BRIEFING IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS, ECF No. 162** |
| **JASON PAUL SCHAEFER,** | |
| **Defendant.** | |

I, Steven Collins, declare and state as follows:

1. I am a Sergeant in the Portland Police Bureau and the Team Sergeant for the Portland Metropolitan Explosive Disposal Unit (MEDU).

2. I was involved in the execution of the search warrant on the defendant's apartment on October 11, 2017.

3. When we searched defendant's home we found electric matches, black powder and other items that appeared to be explosive-making equipment.

4. As we were searching defendant's apartment, defendant came home, fled, and then detonated an explosive in his car.

5. Members of MEDU responded to the explosion in defendant's car to mitigate any risk from further explosives.

6. During the search of defendant's apartment, we found a business card for a storage facility and suspected that defendant might be storing explosives or an explosive assembly lab at the facility.

7. We were concerned about the public safety threat posed by the items we found in defendant's apartment, the possibility of there being further explosives in defendant's vehicle, and the possibility of more explosives in the storage facility.

8. Once we went to the storage facility and located the unit maintained by defendant, we decided to enter the unit to assess whether there was an immediate threat to public safety.

9. We determined that the contents of the unit did not appear to present an immediate threat and so we secured the unit pending application for a warrant.

10. As of the date of this declaration, I do not recall exactly what time we entered the storage unit but in know that it was later in the evening of October 11, 2017.

11. Between the time defendant detonated an explosive and the time we entered the storage unit, we did not have time to get a warrant for the storage unit. MEDU was extremely

Dec. of Collins ISO Govt. Further Brief in Response MTS, ECF No. 162

Page 2

busy addressing matters of urgent public safety presented by defendant's conduct and the items found in his apartment. It would have been impossible to address those safety concerns and also get a warrant before we entered the storage unit.

12. I declare, under penalty of perjury, that the foregoing is true to the best of my knowledge and belief.

Signed and Sworn to: April 30, 2019.

STEVEN COLLINS
Sergeant Portland Police Bureau, MEDU

Dec. of Collins ISO Govt. Further Brief in Response MTS,  
ECF No. 162

Page 3