IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:17-cr-00400-HZ-1 |
| Plaintiff, | ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A |
| v. | |
| JASON PAUL SCHAEFER, | |
| Defendant. | |

IT IS ORDERED that CJA Panel attorney Matthew G. McHenry is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving CJA Panel attorneys Lisa J. Ludwig and Tiffany A. Harris for Jason Paul Schaefer, effective May 29, 2019.

DATED this ____ day of May, 2019.

_____
Honorable Marco A. Hernández
United States District Court Judge

Presented by:

_____
Lisa C. Hay
Federal Public Defender