Matthew G. McHenry, OSB 04357
Levine & McHenry LLC
1001 S.W. Fifth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>JASON PAUL SCHAEFER,<br><br>                  Defendant. | NO. 3:17-cr-00400-HZ-<br><br>UNOPPOSED MOTION TO<br>CONTINUE SENTENCING |

Jason Schaefer, through his attorney Matthew G. McHenry, moves to continue the sentencing in the above-captioned case, currently set for August 13, 2019, for two weeks, to the week of August 26, 2019, or a time thereafter convenient to the Court and the government. The government does not object to a continuance.

This motion is based on the records of the case and the attached declaration of counsel.

Respectfully Submitted this 18th day of June, 2019:

                                  /s/ *Matthew G. McHenry*
                                  Matthew G. McHenry
                                  Attorney for Jason Schaefer