Matthew G. McHenry, OSB 04357
Levine & McHenry LLC
1050 S.W. Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     vs.<br><br>JASON PAUL SCHAEFER,<br><br>                    Defendant. | NO.  3:17-cr-00400-HZ-<br><br>DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE SENTENCING |

DECLARATION OF MATTHEW G. MCHENRY

Matthew McHenry, as counsel for the defendant, does swear under penalty of perjury that the following is true:

1. I am the attorney in the above-captioned case, having been appointed under the Criminal Justice Act, post-trial, on June 6, 2019.

2. Sentencing is currently set for August 13, 2019.

3. Mr. Schaefer has multiple post-trial motions he would like me to research and potentially file.  To that end, I asked the Court to set a briefing schedule whereby defense Replies to government responses are due August 16, 2019.  The Court granted that request.

4. Mr. Schaefer wants me to have time to research and litigate any meritorious motions, but also does not want to move his sentencing more than two weeks from the current date of August 13, 2019.

5. To accommodate my current schedule, the briefing schedule requested by the defense, and Mr. Schaefer's wish to not cause any unneeded delay in sentencing, I ask the Court to set a sentencing date for the week of August 26, 2019.

DATED:  June 18, 2019.

/s/ *Matthew G. McHenry*
Matthew G. McHenry
Attorney for Jason Schaefer